# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| B.K., etc., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION 21-0502-WS-N |
| | ) |
| COLONNADE AT EASTERN SHORE, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Shortly before the *pro ami* hearing, the plaintiffs filed what was styled as their "requested supplemental joint motion for approval of confidential pro ami settlement filed under seal." (Doc. 266).[1] At the hearing, the other parties declined to object to the motion. Accordingly, and as stated on the record at the hearing, the motion is **granted in part**, and the filing is accepted as a supplement to the joint motion for approval. To the extent it seeks other relief, including without limitation that the Court's order "reflect [certain] language" appearing in the motion, the motion is **denied** for reasons stated on the record at the hearing.

DONE and ORDERED this 4th day of August, 2023.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE

---

[1] The motion was filed under seal despite the plaintiff's failure to comply with General Local Rule 5.2. The Court nevertheless elects to construe the filing as including a motion for leave to file under seal. Because the entirety of the filing contains confidential settlement information, the deemed motion to seal is **granted**.