# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| B.K., etc., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION 21-0502-WS-N |
| ) | |
| COLONNADE AT EASTERN SHORE, ) | |
| LLC, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This matter is before the Court on the parties' joint motion for approval of confidential *pro ami* settlement. (Doc. 265).[1] The parties submitted written materials regarding the case, the minor's past and future injuries and expenses, and the settlement terms. On August 1, 2023, the Court conducted a *pro ami* hearing, at which additional information was received, including from the minor's appointed guardian *ad litem*.

After careful consideration of all these materials, the joint motion is **granted in part**, and the Court concludes that the amount and method of payment are just and fair and that the settlement is in the best interest of the minor. To the extent the motion seeks additional relief, including without limitation an order directing specific payments from various parties and declaring that all actual and potential claims against the settling defendants are released and barred, the motion is **denied** for reasons set forth at the *pro ami* hearing. *See generally Large v. Hayes ex rel. Nesbitt*, 534 So. 2d 1101, 1105 (Ala. 1988) (identifying the findings required for approval of a *pro ami* settlement); *Kokkonen v. Guardian Life Insurance Co.*, 511 U.S. 375, 380-82 (1994) (describing circumstances under

---

[1] Pursuant to a separate order, the parties are to file an unsealed, redacted version of this motion.

which a federal court may be saddled with continuing jurisdiction over a settled case). To the extent the parties request that this order be placed under seal, (Doc. 265-2 at 7), the request, construed as a motion, is **denied**.

The parties are **ordered** to file, on or before **August 11, 2023**, a statement of all steps still needed to be taken before this action may be entirely resolved, along with a proposed timeline for accomplishing same. The statement shall address at least the following: (1) the pending motions for summary judgment; (2) the pending *Daubert* motions; (2) the pending motion for sanctions; (4) the plaintiff's pending claims against defendant Pucciano English, Inc.; and (5) defendant Bacar Constructors' pending third-party claims.

DONE and ORDERED this 4th day of August, 2023.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE